1  JOSEPH SALAMA, State Bar No. 212225
   LAW OFFICES OF JOSEPH SALAMA
2  165 N. Redwood Drive, Suite 285
   San Rafael, CA 94903
3  Telephone: (415) 948-9030
   Facsimile: (415) 479-1340
4  joseph@salama.com

5  Attorneys for Plaintiff
6  SRIDHAR SRINVASAN

7

8  RILEY SAFER HOLMES & CANCILA LLP
   YAKOV P. WIEGMANN (CSB #245783)
9  ywiegmann@rshc-law.com
   456 Montgomery Street, 16th Floor
10 San Francisco, CA  94104
   Telephone:    (415) 275-8550
11 Facsimile:    (415) 275-8551

12
   Attorneys for Defendant
13 JERED KENNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SRIDHAR SRINVASAN,<br><br>        Plaintiffs,<br><br>v.<br><br>JERED KENNA, *et al.*,<br><br>        Defendants. | Case No.  4:18-cv-03977-HSG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>Judge:         Haywood S. Gilliam, Jr.<br>Courtroom:   2, 4th Floor<br>Case Conference: December 20, 2018<br><br><br>Complaint Filed:  February 16, 2018<br>Removed:         July 2, 2018<br>Trial:            None |

1  WHEREAS counsel in this matter have continued to meet and confer in good faith with respect to this case, excepting the pending Motion for Order Extending Time To File Late Oppositions to Motions to Dismiss, consistent with the Guidelines for Professional Conduct 3 and 4, published on this Honorable Court's website;

WHEREAS the parties met and conferred as ordered and on schedule before November 29, 2018;

WHEREAS counsel for plaintiffs Mr. Salama has already provided Initial Disclosures forthwith to minimize any impact of the late-filed Oppositions on the timing of the cases;

WHEREAS Mr. Salama has agreed that defendant need not provide their initial disclosures until a later time, as requested by defendant, but no later than ten (10) days after filing his answer, as a matter of both professional courtesy and practicality;

WHEREAS defense counsel Yakov P. Wiegmann is in agreement with all of the above;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that defendant shall make his initial disclosures no later than ten (10) days following the filing of his answer.

IT IS FURTHER STIPULATED that the parties shall continue with their existing good faith communication on all issues and schedule further conferences among themselves as may be needed and as may be ordered.

Respectfully submitted,
LAW OFFICES OF JOSEPH SALAMA

December 13, 2018

By: /s/
Joseph Salama
Attorney for Plaintiff
SRIDHAR SRINVASAN

Respectfully submitted,
RILEY SAFER HOLMES & CANCILA LLP

December 13, 2018

By: /s/
YAKOV P. WIEGMANN
Attorney for Defendant
JERED KENNA

[~~proposed~~] ORDER

Defendant shall make his initial disclosures no later than ten (10) days following the filing of his answer and the parties shall continue with their existing good faith communication on all issues and schedule further conferences among themselves as may be needed and as may be ordered.

IT IS SO ORDERED.

Date: 12/17/2018



_____
HON. R.
UNITED GE
Judge Haywood S. Gilliam Jr.

- 3 -